# United States Court of Appeals
## For the First Circuit

No. 26-1325

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS, INC.; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; SOCIETY FOR  MATERNAL-FETAL MEDICINE; JANE DOE; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, INC.; JANE DOE 2; JANE DOE 3,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MARTIN MAKARY, in the official capacity as Commissioner of the Food and Drug Administration; US FOOD & DRUG ADMINISTRATION; JAY BHATTACHARYA, in the official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; JIM O'NEILL, in the official capacity as Acting Director of Centers For Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; DOES 1-50, Inclusive,

Defendants,

ANDREA SHAW; SHANTICIA NELSON; DR. PAUL THOMAS; DR. KENNETH STOLLER; CHILDRENS HEALTH DEFENSE,

Movants - Appellants.

Before

Barron, <u>Chief Judge,</u>
Aframe and Dunlap, <u>Circuit Judges.</u>

**ORDER OF COURT**

Entered: April 9, 2026

Movants-Appellants have filed an "Emergency Motion Under FRAP 8(a)(2)(A)(ii), For Relief Pending Appeal." Per Federal Rule of Appellate Procedure 8(a)(1)(A), such a motion should

be filed in the district court in the first instance. Accordingly, the motion is <u>denied</u>, without prejudice to movants-appellants' pursuit of relief in the district court in the first instance.

By the Court:

Anastasia Dubrovsky, Clerk

cc:

Robert N. Meltzer, Richard Jaffe, Donald Campbell Lockhart, Thomas Pulham, Michael L. Fitzgerald, Isaac Belfer, Douglas C. Dreier, Robert E. Wanerman, Stuart M. Gerson, Elizabeth J. McEvoy, Kathleen Barrett, James J. Oh, Jeremy A. Avila, Richard H. Hughes IV, William Walters, Daniella R. Lee, Gianna Monet Costello, Jose A. Perez, Francisco Maria Negrón, Jr., Molly A. Meegan, Thanithia R. Billings, Meaghan Hannan Davant, Kimberly A. Parker, Mark L. Hanin, Andrew Matthew London, Caroline Lindsay Farrell, Ashley H. Wisneski, Holly E. Peterson, Kevin M. Serafino, David Steven Schumacher, Wendy Ellen Parmet, Heather M. Romero, Julia Caldwell, Andrew J. Pincus, Natasha Harnwell-Davis, Allison Aviki, Graham White, Crystal Paulino, Megan Barbero, Kyle H. Keraga, Sarah Allen, Marilyn J. Icsman