# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1325                **Short Title:** Shaw v. AAP v. Kennedy

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from Feb. 27, 2026 (Dkt. 271); Mar. 16, 2026
   2. Date this notice of appeal filed March 25, 2026_____
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   ☐ Yes   ☑ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   ☐ Yes   ☑ No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   ☑ Yes   ☐ No
         If yes, explain See attached_____

C. Has this case previously been appealed?   ☑ Yes   ☐ No
   If yes, give the case name, docket number and disposition of each prior appeal
   Perez v. AAP, No. 25-1907 (1st Cir.), NOA 9/23/25 (pending)_____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party American Academy of Pediatrics, et al.
      Attorney James J. Oh, Epstein Becker & Green, P.C.
      Address 227 W. Monroe St., Suite 4500, Chicago, IL 60606
      Telephone (312) 499-1400

   2. Adverse party Robert F. Kennedy, Jr., et al. (Defendants)
      Attorney Isaac C. Belfer, DOJ Civil Division
      Address 1100 L Street, NW, Washington, DC 20005
      Telephone (202) 305-7134

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name See attached
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Richard Jaffe

Date  April 14, 2026

**Print**        **Reset**

## ATTACHMENT TO DOCKETING STATEMENT

### No. 26-1325

### Shaw v. AAP v. Kennedy

**B.2.b. Basis for Appellate Jurisdiction**

This appeal encompasses two orders, each independently appealable under a separate exception to the final judgment rule:

1. The February 27, 2026 order (Dkt. 271) denying Appellants' motion to intervene is a collateral order under 28 U.S.C. § 1291 and the doctrine of *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949). The order is conclusive, resolves an important question completely separate from the merits, and is effectively unreviewable on appeal from final judgment.

2. The March 16, 2026 preliminary injunction order (Dkt. 291) is independently appealable under 28 U.S.C. § 1292(a)(1), which grants courts of appeals jurisdiction over interlocutory orders granting injunctions.

**C. Prior Appeal**

*Perez v. AAP*, No. 25-1907 (1st Cir.). Jose A. Perez filed a notice of appeal on September 23, 2025, appealing the district court's July 31, 2025 denial of his pro se motion to intervene (Dkt. 81). That appeal remains pending.

**G. Appellants and Counsel**

**Appellants:**

1. Andrea Shaw
2. Shanticia Nelson
3. Dr. Paul Thomas
4. Dr. Kenneth Stoller
5. Children's Health Defense

**Counsel for Appellants:**

Richard Jaffe (Lead Counsel)

428 J Street, 4th Floor

Sacramento, California 95814

Tel: (916) 492-6038

rickjaffeesquire@gmail.com

Robert N. Meltzer

The Mountain States Law Group

33 Bradford Street

Concord, Massachusetts 01742

Tel: (978) 254-6289

inbox@mountainstateslawgroup.com

Jed Rubenfeld

1031 Forest Rd.

New Haven, CT 06515

Tel: (203) 432-7631

jed.rubenfeld@yale.edu

## CERTIFICATE OF SERVICE
## FOR ELECTRONIC FILINGS

I hereby certify that on April 14, 2026, I electronically filed the foregoing Docketing Statement with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

James J. Oh, Epstein Becker & Green, P.C. (joh@ebglaw.com)
Kathleen Barrett, Epstein Becker & Green, P.C. (kbarrett@ebglaw.com)
Richard H. Hughes IV, Epstein Becker & Green, P.C. (rhhughes@ebglaw.com)
Elizabeth J. McEvoy, Epstein Becker & Green, P.C. (emcevoy@ebglaw.com)
Gianna M. Costello, Epstein Becker & Green, P.C. (gcostello@ebglaw.com)
Counsel for Plaintiffs-Appellees

James W. Harlow, Acting Assistant Director
Isaac C. Belfer, Trial Attorney
Federal Programs Branch, Civil Division, U.S. Department of Justice
Counsel for Defendants

I further certify that on April 14, 2026, I served a copy of the foregoing document on the following parties or their counsel of record by email:

mmeegan@acog.org
mhdavant@acog.org (delivery failed)
mdavant@acog.org
javila@ebglaw.com
dlee@ebglaw.com
kimberly.parker@wilmerhale.com
mark.hanin@wilmerhale.com
micsman@foleyhoag.com
cfarrell@foleyhoag.com
w.parmet@northeastern.edu
thanithia.billings@ropesgray.com
cpaulino@mayerbrown.com
sallen@venable.com
hromero@hooperlundy.com
jcaldwell@hooperlundy.com
awisneski@tenenbaumlegal.com
hpeterson@tenenbaumlegal.com
kserafino@tenenbaumlegal.com

s/ Richard Jaffe
Richard Jaffe, Esq.
428 J Street, 4th Floor
Sacramento, California 95814
(916) 492-6038
rickjaffeesquire@gmail.com