# United States Court of Appeals
## For the First Circuit

No. 26-1325

AMERICAN ACADEMY OF PEDIATRICS; AMERICAN COLLEGE OF PHYSICIANS, INC.; AMERICAN PUBLIC HEALTH ASSOCIATION; INFECTIOUS DISEASES SOCIETY OF AMERICA; SOCIETY FOR MATERNAL-FETAL MEDICINE; JANE DOE; MASSACHUSETTS PUBLIC HEALTH ASSOCIATION, d/b/a Massachusetts Public Health Alliance; MASSACHUSETTS CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, INC.; JANE DOE 2; JANE DOE 3,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JAY BHATTACHARYA, in the official capacity as Acting Director of Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; DOES 1-50, Inclusive,

Defendants - Appellees,

MARTIN MAKARY, in the official capacity as Commissioner of the Food and Drug Administration; US FOOD & DRUG ADMINISTRATION; JAY BHATTACHARYA, in the official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH,

Defendants,

ANDREA SHAW; SHANTICIA NELSON; DR. PAUL THOMAS; DR. KENNETH STOLLER; CHILDRENS HEALTH DEFENSE,

Movants - Appellants.

### ORDER OF COURT

Entered: April 16, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant's Transcript Report/Order Form is non-compliant for the following reasons:

- Transcript Report section of the Transcript Order Form does not identify transcripts already filed in the district court by docket entry number # 260, February 13, 2026, Preliminary Injunction hearing and # 283, March 4, 2026, Bifurcated Motion for Preliminary Injunction hearing.

- Transcript Order Form does not correctly include the appeal case title and appellants' full names.

- Transcript Order Form does not identify the same date as the district court docket for the requested hearing(s).

Appellant is ordered to file a corrected Transcript Report/Order Form by **April 23, 2026. Failure to comply with this deadline may lead to dismissal of this appeal for lack of diligent prosecution.  See 1st Cir. R. 3.0(b) and 10.0(a).**

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Robert N. Meltzer, Richard Jaffe, Donald Campbell Lockhart, Thomas Pulham, Michael L. Fitzgerald, Isaac Belfer, Douglas C. Dreier, Robert E. Wanerman, Stuart M. Gerson, Elizabeth J. McEvoy, Kathleen Barrett, James J. Oh, Jeremy A. Avila, Richard H. Hughes IV, William Walters, Daniella R. Lee, Gianna Monet Costello, Jose A. Perez, Francisco Maria Negrón, Jr., Molly A. Meegan, Thanithia R. Billings, Meaghan Hannan Davant, Kimberly A. Parker, Mark L. Hanin, Andrew Matthew London, Caroline Lindsay Farrell, Ashley H. Wisneski, Holly E. Peterson, Kevin M. Serafino, David Steven Schumacher, Wendy Ellen Parmet, Heather M. Romero, Julia Caldwell, Andrew J. Pincus, Natasha Harnwell-Davis, Allison Aviki, Graham White, Crystal Paulino, Megan Barbero, Kyle H. Keraga, Sarah Allen, Marilyn J. Icsman